IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS (SAN ANTONIO)

| | |
|---|---|
| In re:<br><br>**VICTOR HUGO SANCHEZ AKA VICTOR HUGO SANCHEZ MALULY**<br><br>Debtor | Chapter 7<br><br>Case No. 21-51206 |
| **DOCTORS HOSPITAL AT RENAISSANCE, LTD. AND RGV MED, LLC.,**<br>　　　　　　　　　　**Plaintiffs**<br><br>Vs.<br><br>**VICTOR HUGO SANCHEZ**<br>　　　　　　　　　　**Defendant** | Adversary No. 22-5003 |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, the undersigned appears as additional counsel for **DOCTORS HOPSITAL AT RENAISSANCE, LTD,** and **RGV MED, LLC,** (*the "Creditors"*), parties in interest in this case, and pursuant to Bankruptcy Rules 2002, 3017 and 9010, request that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the undersigned at the office, address, and telephone number set forth below:

Michael A. McGurk
State Bar No. 00797746
Fed. Id. No. 20091

WALSH MCGURK CORDOVA NIXON, PLLC
1506 S. Lone Star Way, Suite 10
Edinburg, Texas 78539
mmcgurk@wmcnlaw.com
(956) 632-5030
(956) 632-5050 FAX

Furthermore, Attorney Stephen K. Lecholop II will continue as attorney in charge.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002 and 9007, and all applicable local rules of the Bankruptcy Court, the foregoing request includes, without limitation, all notices of orders, applications, complaints, demands, objections, hearings, motions, petitions, pleadings, briefs, plans, disclosure statements, or requests, and any other documents brought before the Bankruptcy Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted,

By: _____
Michael A. McGurk
State Bar No. 007977746
Fed. Id. No. 20091
mmcgurk@wmcnlaw.com
1506 S. Lone Star Way, Ste. 10
Edinburg, Texas 78539
Telephone: 956-632-5000
Facsimile: 956-632-5050

***ATTORNEYS FOR DOCTORS HOPSITAL AT RENAISSANCE, LTD, and RGV MED, LLC.***

OF COUNSEL:
Walsh McGurk Cordova Nixon, PLLC

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on the date it was filed electronically. Service was accomplished by the method and to the following as indicated: BY ELECTRONIC NOTICE:

*Debtor*
**Victor H. Sanchez**
represented by Michael J. O'Connor
Law Office of Michael J. O'Connor
921 Proton Road
San Antonio, Tx 78258
oconnorlaw@gmail.com

Stephen K. Lecholop II
Rosenthal Pauerstein Sandoloski Agather LLP
755 East Mulberry, Ste. 200
San Antonio, Texas 78212
slecholop@rpsalaw.com

Trustee:
Randolph N. Osherow
342 W. Woodlawn, Ste. 100
San Antonio, 78212
rosherow@hotmail.com

United States Trustee – SA12
615 E. Houston St. #533
San Antonio, Tx 78205
USTPRegion07.SN.ECF@usdoj.gov

*/s/ Manuel Mask*

                                                  Michael A. McGurk