# UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 21-51206 |
| VICTOR HUGO SANCHEZ | * | |
| | * | |
| DEBTOR | * | CHAPTER 7 |

| | | |
|---|---|---|
| DOCTORS' HOSPITAL AT | * | |
| RENAISSANCE LTD AND RGV MED, | * | |
| LLC. | * | |
| | * | |
| | * | |
| VS. | * | ADV. NO. 22-5003 |
| | * | |
| VICTOR HUGO SANCHEZ | * | |

## DEFENDANT'S CONSENT STATEMENT

Defendant by and through counsel consents to entry of a final judgment by the United States Bankruptcy Court for the Western District of Texas in this adversary proceeding pursuant to *Wellness Network.*

MICHAEL J. O'CONNOR LAW OFFICE
*The Spectrum Building*
613 N.W. Loop 410, Ste. 840
San Antonio, Texas 78216
Phone: (210) 729-6009
oconnorlaw@gmail.com
By: /s/ *Michael J. O'Connor*
Michael J. O'Connor
Bar No. 15187400

1

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that a true and correct copy of the foregoing Consent Statement, has been served on the Plaintiffs by serving their attorneys via first class mail postage prepaid or electronic transmission on 8 August 2022.

Stephen K. Lecholop II
Rosenthal Pauerstein Sandoloski Agather, LLP
755 E. Mulberry Ave., Suite 200
San Antonio, Texas 78212
slecholop@rpsalaw.com
Counsel for Plaintiffs
**VIA ELECTRIC TRANSMISSION ONLY**

                                              /s/ Michael J. O'Connor